**TIMOTHY J. RACICOT**
**RYAN G. WELDON**
Assistant U.S. Attorneys
U.S. Attorney's Office
P.O. Box 8329
Missoula; MT 59807
101 E. Front Street, Suite 401
Missoula, MT 59802
Phone:    (406) 542-8851
Fax:       (406) 542-1476
E-mail:    tim.racicot2@usdoj.gov
           ryan.weldon@usdoj.gov

**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED
5/20/2022
Clerk, U.S. District Court
District of Montana
Billings Division

# IN THE UNITED STATES DISTRICT COURT.
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**CHARLES GIBSON BAILEY,**<br><br>Defendant. | CR-22-22  -BU-DLC<br><br>**INDICTMENT**<br><br>**THREATS TO MURDER FEDERAL LAW ENFORCEMENT OFFICERS**<br>Title 18 U.S.C. §§ 115(a)(l)(B), (b)(4)<br>(Count I)<br>(Penalty: Ten years of imprisonment, $250,000 fine and three years of supervised release)<br><br>**PROHIBITED PERSON IN POSSESSION OF AMMUNITION**<br>Title 18 U.S.C. § 922(g)(l) (Count II)<br>(Penalty: Ten years of imprisonment, $250,000 fine and three years of supervised release) |

1

|  | **UNLAWFUL STORAGE OF EXPLOSIVE MATERIAL**<br>**Title 18 U.S.C. §§ 842(j), 844(b) (Count III)**<br>**(Penalty: One year of imprisonment, $100,000 fine and one year of supervised release)**<br><br>**EVIDENCE TAMPERING**<br>**Title 18 U.S.C. §§ 1512(c)(1), 2 (Count IV)**<br>**(Penalty: 20 years of imprisonment, $250,000 fine and three years of supervised release)**<br><br>**FORFEITURE ALLEGATION**<br>**18 U.S.C. § 924(d)** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That beginning on or about March 18, 2022, and continuing until on or about April 14, 2022, at Missoula, within Missoula County, in the State and District of Montana, the defendant, CHARLES GIBSON BAILEY, did threaten to murder federal law enforcement officers, specifically agents from the Bureau of Alcohol, Tobacco, Firearms and Explosives, with the intent to retaliate against those officers on account of the performance of their official duties, in violation of 18 U.S.C. § 115(a)(1)(B).

## COUNT II

That beginning on or about January 18, 2022, and continuing until on or about April 14, 2022, at West Yellowstone, within Gallatin County, in the State and

2

District of Montana, and elsewhere, the defendant, CHARLES GIBSON BAILEY, knowing he had been convicted on or about May 8, 2020, of a crime punishable by imprisonment for a term exceeding one year under the laws of the United States, knowingly possessed, in and affecting interstate commerce, ammunition, in violation of 18 U.S.C. § 922(g)(1).

COUNT III

That beginning on or about January 18, 2022, and continuing until on or about April 14, 2022, at West Yellowstone, within Gallatin County, in the State and District of Montana, the defendant, CHARLES GIBSON BAILEY, knowingly stored high explosives in a manner not in conformity with regulations promulgated by the Attorney General pursuant to 18 U.S.C. § 847, in that he stored high explosives, specifically Triacetone Triperoxide, also known as TATP, in his residence, said residence not then conforming with the requirements of Type 1 storage facilities, in violation of 18 U.S.C. §§ 842(j) and 844(b), and 27 C.F.R. 555.201 *et seq*.

COUNT IV

That on or about February 26, 2022, at Missoula, within Missoula County, and elsewhere, in the State and District of Montana, the defendant, CHARLES GIBSON BAILEY, knowingly and corruptly destroyed an object, specifically Triacetone Triperoxide, also known as TATP, with the intent to impair its integrity

3

and availability for use in an official proceeding, and aided and abetted the same, in violation of 18 U.C.S. § 1512(c)(1).

FORFEITURE ALLEGATION

Upon conviction of the offense in count II of this indictment, the defendant, CHARLES GIBSON BAILEY, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearm and ammunition involved in and used in any knowing violation of 18 U.S.C. § 922(g).

A TRUE BILL.

_____
FOREPERSON

_____
LEIF M. JOHNSON
United States Attorney

_____
TIMOTHY J. RACICOT
Criminal Chief Assistant U.S. Attorney

4

Crim. Summons _____
Warrant: __X - State Custody_____
Bail: _____