IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES GIBSON BAILEY,<br><br>Defendant. | CR 22–22–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 25.) Defendant Charles Gibson Bailey has been adjudged guilty of prohibited person in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1), as charged in Count II the Indictment. (Doc. 27.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 25) is GRANTED.

IT IS FURTHER ORDERED that Bailey's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- ATF Evidence Item 001 – 49 rounds of .38 caliber ammunition;
- ATF Evidence Item 021 – 21 round of assorted caliber ammunition;
- ATF Evidence Item 022 – 2 rounds of 12 gauge ammunition;
- ATF Evidence Item 023 – 16 fired casings of .50 caliber ammunition;

- ATF Evidence Item 026 – 14 rounds of .40 caliber ammunition;
- ATF Evidence Item 028 – 78 rounds of assorted caliber ammunition; and
- Multiple ATF Evidence Item Numbers – all chemicals, precursors, and items related to the manufacturing of explosives and/or explosive related materials.

IT IS FURTHER ORDERED that the ATF or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be

addressed.

DATED this 20th day of October, 2022.

_____
Dana L. Christensen, District Judge
United States District Court