IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–22–BU–DLC |
| Plaintiff, | ORDER |
| vs. | |
| CHARLES GIBSON BAILEY, | |
| Defendant. | |

Before the Court is the United States' motion for final order of forfeiture. (Doc. 35.)  Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A preliminary order of forfeiture was entered on October 20, 2022. (Doc. 28.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 29.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1

1. The motion for final order of forfeiture (Doc. 35) is GRANTED.

2. Judgment of forfeiture shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party, in the following property:

- ATF Evidence Item 001 – 49 rounds of .38 caliber ammunition;
- ATF Evidence Item 021 – 21 round of assorted caliber ammunition;
- ATF Evidence Item 022 – 2 rounds of 12 gauge ammunition;
- ATF Evidence Item 023 – 16 fired casings of .50 caliber ammunition;
- ATF Evidence Item 026 – 14 rounds of .40 caliber ammunition;
- ATF Evidence Item 028 – 78 rounds of assorted caliber ammunition; and
- Multiple ATF Evidence Item Numbers – all chemicals, precursors, and items related to the manufacturing of explosives and/or explosive related materials.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 30th day of January, 2023.

_____
Dana L. Christensen, District Judge
United States District Court