IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–22–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CHARLES GIBSON BAILEY, | |
| Defendant. | |

In anticipation of the sentencing of Defendant Charles Gibson Bailey set for February 2, 2023, the Court provides notice that it is contemplating imposing an upward variance. Such a variance is contemplated in light of the need for the sentence imposed to reflect the nature and circumstances of the offense and the history and characteristics of the defendant, the seriousness of the offense, the need to provide adequate deterrence, the need to protect the public from further crimes of the defendant, the need to promote respect for the law, and the need to provide just punishment for the offense. *See* 18 U.S.C. § 3553(a).

DATED this 31st day of January, 2023.

Dana L. Christensen, District Judge
United States District Court

1