IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–22–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CHARLES GIBSON BAILEY, | |
| Defendant. | |

On February 2, 2023, the Court sentenced Defendant Charles Gibson Bailey to a custodial term of 36 months, followed by three years of supervised release. (Doc. 41.) On February 15, 2023, Bailey appealed the final judgment of this Court. (Doc. 44.) On January 23, 2024, Bailey filed a motion for sentence reduction pursuant to 18 U.S.C. § 3582(c). (Doc. 51.) The Court stayed Bailey's motion for sentence reduction in light of the pending appeal. (Doc. 53.) On March 17, 2024, the Ninth Circuit Court of Appeals served an order on this Court granting Bailey's voluntary dismissal of his appeal. (Doc 54.)

Accordingly, IT IS ORDERED that the stay on Bailey's motion to reduce sentence (Doc. 51) and all associated deadlines set forth in Standing Order No. BMM-27 is hereby lifted.

IT IS FURTHER ORDERED that pursuant to Standing Order No. BMM-27,

the Probation Office has 30 days from the entry of this Order to complete a draft addendum to the Presentence Report, including a new calculation of the guideline range and the information described in U.S.S.G. § 1B1.10 Application Note 7.

DATED this 18th day of April, 2024.

_____
Dana L. Christensen, District Judge
United States District Court